```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE F. REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,           )   D.C. NO. 2-11-cr-0534 LKK
                                 )
13       v.                      )   APPLICATION FOR UNSEALING
                                 )   INDICTMENT
14  DANIEL JAMES HARDEN,         )
                                 )
15          Defendant.           )
    _____)
16
17       On December 16, 2011, the indictment was filed in the above-
18  referenced case.  Since the defendant has now been arrested, it is
19  no longer necessary for the indictment to be sealed.  The government
20  respectfully requests that the indictment and this case be unsealed.
21  DATED: December 19, 2011          BENJAMIN B. WAGNER
                                      United States Attorney
22
23                                    By:/s/ Kyle F. Reardon
                                         KYLE F. REARDON
24                                       Assistant U.S. Attorney
25
26
27
28
```

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE F. REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,           )   D.C. NO. 2-11-cr-0534 LKK
                                 )
13     v.                        )   ORDER FOR
                                 )   UNSEALING INDICTMENT
14  DANIEL JAMES HARDEN,         )
                                 )
15          Defendant.           )
    _____)
16
17      The government's request to unseal the indictment and this case
18  is GRANTED.
19      SO ORDERED.
20  DATED: December 19, 2011         /s/ Carolyn K. Delaney
                                     HON. CAROLYN K. DELANEY
21                                   U.S. Magistrate Judge
22
23
24
25
26
27
28
```