**FILED**

December 19, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 2:11-cr-00534-LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
|  | ) | OF PERSON IN CUSTODY |
| DANIEL JAMES HARDEN, | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Daniel James Harden</u>; Case <u>2:11-cr-00534-LKK</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    <u>X</u>    Unsecured Appearance Bond in the amount of <u>$50,000</u>, co-signed by defendant's mother.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on  12/19/11  at  2:36 pm.

By  /s/ Carolyn K. Delaney
Carolyn K. Delaney
United States Magistrate Judge