1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   DANIEL JAMES HARDEN

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,    )    2:11-CR-00534 LKK
                                )
12            Plaintiff,        )    **AMENDED ORDER AFTER HEARING**
                                )
13       v.                     )    DATE:  January 18, 2012
                                )    TIME:  9:15 a.m.
14 DANIEL JAMES HARDEN,         )    JUDGE: Lawrence K. Karlton
                                )
15            Defendant.        )
                                )
16 _____ )

17      This matter came before the Court for Status Conference on January

18 18, 2012, in the courtroom of the Honorable Lawrence K. Karlton, U.S.

19 District Court Judge.  The government, represented by its counsel,

20 Assistant United States Attorney, Kyle Reardon, defense counsel for

21 DANIEL JAMES HARDEN, David Kleczek and Assistant Federal Defender

22 Michael Petrik, and the defendant was present.

23      Defense counsel, David Kleczek requested to be relieved as counsel

24 and the court appointed the Federal Defenders Officers to represent the

25 defendant.  Both counsel requested that the matter be set for a further

26 status conference hearing on February 14, 2012, at 9:15 a.m. to provide

27 the defense with sufficient time to complete its investigation.

28      IT IS HEREBY ORDERED that this matter be set for a further status

1 | conference hearing on February 14, 2012, at 9:15 a.m.

2 |    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161

3 | (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period

4 | from January 18, 2012 to and including February 14, 2012, is excluded

5 | from the time computations required by the Speedy Trial Act due to

6 | ongoing preparation of counsel.

7 |    THE COURT specifically finds that the ends of justice served by

8 | granting of such a continuance outweigh the interest of the public and

9 | the defendant in a speedy trial.

10 | DATED: January 23, 2012

11

12 | _____
LAWRENCE K. KARLTON

13 | SENIOR JUDGE
UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28