

FILED
JUN - 6 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, CA Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  DANIEL JAMES HARDEN

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )  No. Cr. S 11-0534 LKK
                                   )
12                  Plaintiff,     )
                                   )  STIPULATION TO MODIFY CONDITIONS
13        v.                       )  OF RELEASE; ~~PROPOSED~~ ORDER
                                   )
14 DANIEL JAMES HARDEN,            )
                                   )
15                  Defendant.     )  Judge: Hon. Dale A. Drozd
                                   )
16 _____  )

17       IT IS HEREBY STIPULATED AND AGREED between the parties, Kyle

18 Reardon, Assistant United States Attorney, attorney for Plaintiff, and

19 Benjamin D. Galloway, Assistant Federal Defender, attorney for

20 defendant, DANIEL JAMES HARDEN, that the conditions of Mr. Harden's

21 release as imposed on December 19, 2011 be modified to allow Mr. Harden

22 to have contact with his step-siblings.

23       Daniel Harden was released at his first appearance in December of

24 last year on a $50,000 unsecured bond.  He was placed on pretrial

25 supervision with a number of conditions, including condition number 19,

26 which prohibits contact with any person who is under the age of 18

27 except in the presence of an adult parent or legal guardian.

28       Since his release, Mr. Harden's minor step-siblings have moved

into the home occupied by Mr. Harden, his mother, and his stepfather. Mr. Harden's stepfather, who is the sole living parent of the minor step-siblings, is aware of the allegations against Mr. Harden and does not oppose unsupervised contact between Mr. Harden and his step-siblings. Mr. Harden has been fully compliant with pretrial supervision since his release. His pretrial services officer, Mr. Sarlatte, approves of this proposed modification. The prosecutor in this case, Mr. Reardon, has no opposition to this request.

Dated: June 6, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin D. Galloway
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Attorney for Defendant
DANIEL HARDEN

Dated: June 6, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin D. Galloway for
KYLE REARDON
Assistant U.S. Attorney
Counsel for Plaintiff

O R D E R

The condition ordering Mr. Harden to have no contact with any person who is under the age of 18 except in the presence of an adult parent or legal guardian is hereby modified to permit unsupervised contact with his step-siblings. All other conditions are to remain in effect.

Dated: 6/6/12

DALE A. DROZD
United States Magistrate Court