BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>DANIEL JAMES HARDEN,<br><br>                    Defendant.<br>_____ | ) CASE NO.  2:11-CR-00534 LKK<br>)<br>)<br>)<br>)<br>) **STIPULATION AND ORDER CONTINUING**<br>) **JUDGMENT AND SENTENCING FROM**<br>) **AUGUST 28, 2012, TO OCTOBER 10,**<br>) **2012**<br>)<br>)<br>) |

The parties request that the judgment and sentencing currently set for August 28, 2012, at 9:15 a.m., be continued to October 10, 2012, at 9:15 a.m.  This continuance is necessary due to the unavailability of government counsel and the need to allow for the completion of the presentence report.

///

///

///

///

///

///

The following Presentence Report disclosure schedule will apply:

|  | **Old Date** | **New Date** |
|---|---|---|
| Proposed PSR to Counsel | July 17, 2012 | August 29, 2012 |
| Informal Objections | July 31, 2012 | September 12, 2012 |
| Response to Informal Objections and PSR Filed with the Court | August 7, 2012 | September 19, 2012 |
| Formal Objections / Motion for Correction of PSR | August 14, 2012 | September 26, 2012 |
| Reply or Statement of Non-Opposition | August 21, 2012 | October 3, 2012 |
| Judgment and Sentencing | August 28, 2012 | October 10, 2012 |

Dated: August 9, 2012          Respectfully Submitted,

                               BENJAMIN B. WAGNER
                               United States Attorney

                          By:  */s/ Kyle Reardon*
                               KYLE REARDON
                               Assistant U.S. Attorney

Dated: August 9, 2012          */s/ Kyle Reardon* for
                               BENJAMIN GALLOWAY
                               Attorney for Daniel James Harden

Stipulation and Proposed Order
United States v. Harden
2:11-CR-00534 LKK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  2:11-CR-00534 LKK |
| Plaintiff, | ) |
| v. | ) **ORDER CONTINUING JUDGMENT AND** |
| | ) **SENTENCING FROM AUGUST 28, 2012,** |
| DANIEL JAMES HARDEN, | ) **TO OCTOBER 10, 2012** |
| Defendant. | ) |

The parties' stipulation and proposed schedule is approved and so ordered.  The judgment and sentencing currently set for August 28, 2012, is continued to October 10, 2012, at 9:15 a.m.

Dated: August 9, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT